# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHELIA D. FLANAGAN**                                                                                  **PLAINTIFF**

V.                              No. 4:20-CV-01056 LPR-PSH

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                             **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has expired. After a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment be entered in favor of the Commissioner.

DATED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE